■ In the Matter of CAROLINE, an Infant. KATHARINA C. B., Appellant; ROBERT L. B. et al., Respondents. In the Matter of PATRICIA L. F. et al., Respondents, v KATHARINA C. B., Appellant, and ROBERT L. B., Respondent. (Appeal No. 1.) [670 NYS2d 650] —Order unanimously affirmed without costs for reasons stated in decision at Ontario County Family Court, Henry, Jr., J. (Appeal from Order of Ontario County Family Court, Henry, Jr., J.—Adoption.) Present—Denman, P. J., Green, Pine, Callahan and Fallon, JJ.